## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHAEL D JACKSON SR    §
                                 §   Case No.: 10-03631
                                 §
         Debtor(s)               §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/29/2010.

2) This case was confirmed on 03/18/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/03/2010.

5) The case was dismissed on 10/07/2010.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 12

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   25,900.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 8,306.00 |
| Less amount refunded to debtor | $ | 192.74 |
| **NET RECEIPTS** | $ | 8,113.26 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 576.44 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,076.44 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 666.00 | 666.98 | 666.98 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3,660.00 | 3,660.87 | 3,660.87 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 6,591.00 | 2,356.19 | 234.75 | 234.75 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 6,591.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | 282.00 | 282.00 | .00 | .00 | .00 |
| QUANTUM SERVICING CO | SECURED | 232,800.00 | 263,399.50 | .00 | .00 | .00 |
| QUANTUM SERVICING CO | UNSECURED | 39,506.00 | NA | NA | .00 | .00 |
| QUANTUM SERVICING CO | SECURED | NA | 44,102.01 | .00 | .00 | .00 |
| NUMARK CREDIT UNION | SECURED | 4,876.00 | 5,276.68 | 4,877.00 | 1,514.66 | 56.73 |
| NUMARK CREDIT UNION | UNSECURED | 1.00 | .00 | 399.68 | .00 | .00 |
| TRUCK FINANCIAL CORP | SECURED | 12,500.00 | .00 | 12,500.00 | 1,728.02 | 158.66 |
| TRUCK FINANCIAL CORP | UNSECURED | 7,107.21 | NA | NA | .00 | .00 |
| UNIVERSAL SPECIAL AU | SECURED | 11,175.00 | 25,656.82 | .00 | .00 | .00 |
| UNIVERSAL SPECIAL AU | UNSECURED | 13,880.00 | .00 | .00 | .00 | .00 |
| HARLEM FURNITURE | SECURED | 400.00 | .00 | .00 | .00 | .00 |
| HARLEM FURNITURE | UNSECURED | 3,434.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 6,462.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,000.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 22,800.00 | 34,548.79 | 34,548.79 | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 206.00 | 940.74 | .00 | .00 | .00 |
| MOST FUNDING LLC | UNSECURED | 527.00 | 536.91 | .00 | .00 | .00 |
| US CELLULAR | UNSECURED | 938.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,111.00 | 1,111.23 | 1,111.23 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 2,979.00 | 2,979.94 | 2,979.94 | .00 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | 4,515.00 | NA | NA | .00 | .00 |
| PROGRESSIVE INSURANC | UNSECURED | 117.00 | NA | NA | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 523.00 | 523.09 | 523.09 | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 321.00 | NA | NA | .00 | .00 |
| BRIGHT HOUSE NETWORK | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 1,528.00 | 1,528.01 | 1,528.01 | .00 | .00 |
| ATT | UNSECURED | 771.79 | NA | NA | .00 | .00 |
| FAMILY CHRISTIAN HEA | UNSECURED | 329.00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 652.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 682.00 | NA | NA | .00 | .00 |
| FLORIDA HOSPITAL CRE | UNSECURED | 8,088.00 | NA | NA | .00 | .00 |
| FLORIDA HOSPITAL GEN | UNSECURED | 86.00 | NA | NA | .00 | .00 |
| FLORIDA HOSPITAL GEN | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| HOUSEHOLD MORTGAGE S | UNSECURED | 13,761.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 1,507.00 | 1,591.62 | 1,591.62 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 1,004.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 5,589.00 | 8,472.63 | 8,472.63 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 5,233.00 | 5,720.14 | 5,720.14 | .00 | .00 |
| MACYS DSNB | UNSECURED | 1,196.00 | NA | NA | .00 | .00 |
| PROGRESS ENERGY FLOR | UNSECURED | 336.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,732.00 | 1,732.10 | .00 | .00 | .00 |
| BANK OF AMERICA OPER | UNSECURED | 462.00 | NA | NA | .00 | .00 |
| ORLANDO UTILITIES CO | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 355.00 | 1,225.86 | .00 | .00 | .00 |
| NUMARK CREDIT UNION | UNSECURED | 48.94 | NA | NA | .00 | .00 |
| PROG ENERGY FL | UNSECURED | 336.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 892.00 | NA | NA | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 6,063.00 | 6,133.00 | .00 | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 2,609.00 | 2,635.10 | .00 | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 2,599.00 | 2,624.98 | .00 | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 186.00 | 186.00 | .00 | .00 | .00 |
| SEARS/CBSD | UNSECURED | 603.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 592.00 | 592.23 | 592.23 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,147.00 | 1,147.21 | 1,147.21 | .00 | .00 |
| TRANSWORLD SYSTEMS I | UNSECURED | 4,745.14 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 22,416.00 | 22,977.60 | 22,977.60 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 8,327.00 | .00 | .00 | .00 | .00 |
| VERITAS INSTRUMENT R | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,732.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 892.00 | NA | NA | .00 | .00 |
| AMERICAN HONDA FINAN | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==========================================================================.
| **Scheduled Creditors:**                                                 |
|                                                                          |
| Creditor                 Claim          Claim         Claim     Principal      Int. |
|   Name        Class    Scheduled      Asserted       Allowed       Paid         Paid |
|                                                                          |
|GREAT AMERICAN FINAN  UNSECURED      NA        10.75          .00          .00          .00 |
|COMMONWEALTH EDISON   UNSECURED      NA       554.62       554.62          .00          .00 |
|WILSHIRE CREDIT CORP  OTHER          NA           NA           NA          .00          .00 |
|QUANTUM SERVICING CO  OTHER          NA           NA           NA          .00          .00 |
|ROBERT J SEMRAD & AS  PRIORITY       NA          .00       344.00       344.00          .00 |
.==========================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 17,377.00 | 3,242.68 | 215.39 |
| All Other Secured | 234.75 | 234.75 | .00 |
| **TOTAL SECURED:** | 17,611.75 | 3,477.43 | 215.39 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 34,892.79 | 344.00 | .00 |
| **TOTAL PRIORITY:** | 34,892.79 | 344.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 51,925.85 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,076.44 |
| Disbursements to Creditors | $ | 4,036.82 |
| **TOTAL DISBURSEMENTS:** | $ | 8,113.26 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/27/2011 /s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**